IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06CR00057 OWW |
| Plaintiff, | ORDER FOR EXAMINATION AND TREATMENT PURSUANT TO TITLE 18 USC |
| v. | § 4241 -- Mental Competency of Defendant |
| CLIFFORD LEWIN, | |
| Defendant. | |

On August 9, 2006, the above-captioned case came on for hearing before the Court. At that time, defendant, Clifford Lewin, was personally present and was represented by Robert W. Rainwater, Assistant Federal Defender, the United States was represented by Assistant United States Attorney Kevin P. Rooney.

Based on the report of Dr. Terrell, dated June 30, 2006, supplemented by his testimony in court on August 9, 2006, the Court finds that Clifford Lewin is mentally incompetent to stand trial. Pursuant to that finding the Court hereby commits the defendant, Clifford Lewin, to the custody of the Attorney General for treatment for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed and for an additional reasonable period of time until (a) his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such

1 additional period of time he will attain the capacity to permit the trial to proceed or (b) the pending
2 charges against him are disposed of whichever is earlier.
3    Defendant's motion to represent himself is denied bsed on the finding that he lacks the mental
4 competence to presently co operate and assist in his own defense.
5 IT IS SO ORDERED.

6 **Dated:    August 10, 2006**                             /s/ Oliver W. Wanger
emm0d6                                                  UNITED STATES DISTRICT JUDGE