McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR F 06-057 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL OF |
| v. | ) | INDICTMENT |
| | ) | |
| CLIFFORD LEWIN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the motion by the United States, IT IS HEREBY

ORDERED that the Indictment filed herein be dismissed against

defendant CLIFFORD LEWIN only in the interest of justice and

without prejudice.


IT IS SO ORDERED.

Dated:   July 10, 2007            _____/s/ Oliver W. Wanger_____
                                 UNITED STATES DISTRICT JUDGE

1